Chris L. Suess, Respondent, v. Village of Depew, Appellant.— Judgment and order affirmed, with costs. All concurred.

Robert B. Wallace, Respondent, v. People's Gas and Electric Company of Oswego, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that upon the record it does not appear that the examination is necessary to enable the plaintiff to frame his complaint. All concurred.

Emma C. Rumsey, Appellant, v. Frank Rumsey, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Robson, J., who dissented; Kruse, J., not sitting.

In the Matter of the Estate of Charles S. Cary, Deceased. Emma C. Rumsey, Appellant; Frank Rumsey, as Executor, etc., of Charles S. Cary, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred; Kruse, J., not sitting.

John Brackett and James L. Brackett, as Executors, etc., of Levi Brackett, Deceased, Appellants, v. Herbert N. Titus and Cora M. Titus, Respondents.— Judgment and order affirmed, with costs. All concurred.

Growers and Shippers' Exchange, Respondent, v. The Erie Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Frances Sullivan and Robert Sullivan, Appellants, v. The Messersmith Stores, Respondent.— Judgment affirmed, with costs. All concurred.

Clifford J. Raines, an Infant, by Blanche B. Raines, His Guardian ad Litem, Respondent, v. Joseph Block, Appellant.— Judgment and order affirmed, with costs. All concurred.

Michael Hacker, Respondent, v. John A. White and Others, Appellants. — Judgment affirmed, with costs. All concurred.